IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MATTHEW D. PETERS,                                          CV. 08-577-HU

        Petitioner,                                       ORDER

  v.

OREGON STATE HOSPITAL; ROY
ORR, Superintendent, Oregon
State Hospital,

        Respondents.

MOSMAN, Judge

    Petitioner's motion to voluntarily dismiss (#15) is GRANTED.

This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 24th day of November, 2008.

                                       /s/ Michael W. Mosman
                                       Michael W. Mosman
                                       United States District Judge

1 -- ORDER